IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Robert Midell, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:16cv704 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Hamilton County Department of Job & Family Services, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 5, 2016 (Doc. 3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 18, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, Robert Midell's motion for leave to proceed *in forma pauperis* on behalf of the Estate of Robin Cottingham is DENIED.  The Court ORDERS the Estate of Robin Cottingham to submit the full filing fee of $400.00 to the Clerk of Court within 30 days of the date of this Order adopting the Report and Recommendation if the estate wishes to proceed as a plaintiff in this matter.

IT IS SO ORDERED.

   s/Susan J. Dlott          
Judge Susan J. Dlott
United States District Court