IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Midell, :
:
      Plaintiff(s), :
: Case Number: 1:16cv704
vs. :
: Judge Susan J. Dlott
Hamilton County Department of Job & Family Services, :
:
      Defendant(s). :

ORDER

      The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 27, 2017 (Doc. 24), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 10, 2017, hereby ADOPTS said Report and Recommendation.

      Accordingly, the County defendants' motion to dismiss (Doc. 18) is GRANTED.

      The Court DECLINES to exercise supplemental jurisdiction over plaintiffs' state law claims and such claims are DISMISSED without prejudice.

      This case is hereby TERMINATED from the docket of this Court and plaintiff's motion to remand (Doc. 25) is DENIED as moot.

      IT IS SO ORDERED.

      ___s/Susan J. Dlott_____
      Judge Susan J. Dlott
      United States District Court